

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-12-00692-CR

Trial Court Cause
Number:    1302920

Style:    Giovanni Mora

    **v** The State of Texas

Date motion filed[*]:    February 6, 2014

Type of motion:    Motion to Reset Oral Argument

Party filing motion:    Appellee, The State of Texas

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒  Other: Argument reset to April 23, 2014 at 1:30 p.m.

Judge's signature: /s/ Terry Jennings
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 7, 2014